### 18633.  SIMS v. THE STATE.

BROYLES, C. J.  The evidence adduced was sufficient to authorize the jury to find that it excluded every reasonable hypothesis but that of the defendant's guilt, and the refusal to grant a new trial (the motion being based on the usual general grounds only) was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

See case next preceding, for description and names of counsel.

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 18635.  DECATUR COUNTY BANK v. BROOME.

LUKE, J.  1.  A written instrument purporting upon its face to be a mortgage to secure the payment of a promissory note therein specifically described, and containing a defeasance clause, and in which no contrary intention otherwise appears, is held to be intended by the parties as a mortgage, and not a bill of sale.

2. The general lien of a laborer upon the property of his employer, foreclosed in pursuance of the provisions of the statute, is of superior priority to a mortgage execution issued to foreclose such an instrument.

3. Upon the grounds stated above, the court did not err in overruling the demurrer to the petition, or in its award of the funds involved.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Money-rule; from city court of Bainbridge—Judge Spooner. November 5, 1927.

*H. G. Bell,* for plaintiff in error.

*D. R. Bryan, R. G. Hartsfield,* contra.

Appeal and Error, 4 C. J. p. 1129, n. 58.
Chattel Mortgages, 11 C. J. p. 409, n. 82; p. 656, n. 48.